# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| COLUCCHI-COULTHARD FAMILY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STAES OF AMERICA,<br><br>Defendant. | Case No. 2:20-cv-00530-JCM-DJA<br><br>**ORDER** |

Presently before the Court is Plaintiff Counsel Derek W. Kaczmarek's Motion to Withdraw as Counsel of Record (ECF No. 14), filed on August 19, 2020.

Pursuant to Local Rule ("LR") IA 11-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." See LR IA 11-6(b).  Having reviewed the motion, the Court finds that requirements of LR IA 11-6(b) have been met.  Mr. Kaczmarek indicates that due to fatal disagreements the parties' attorney-client relationship is irretrievably broken necessitating withdrawal.  Counsel further indicates that Plaintiff has failed to meet its obligations to the firm.  The Court will require that Plaintiff Colucchi-Coulthard Family Trust advise the Court if it will retain new counsel by September 18, 2020 as it must retain new counsel if it intends to continue to litigate this matter.  *See United States v. High Country Broad.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam); *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (stating that "[c]orporations and other unincorporated associations must appear in court through an attorney.").  Filing a notice of new counsel on or before September 18, 2020 is sufficient to comply with the Court's order.  Failure to respond may result in a recommendation to the United States District Judge assigned to this

case that dispositive sanctions be issued against Plaintiff Colucchi-Coulthard Family Trust, including dismissal of this action.

IT IS THEREFORE ORDERED that Plaintiff Counsel's Motion to Withdraw as Counsel of Record (ECF No. 14) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff Colucchi-Coulthard Family Trust shall have until **September 18, 2020** to advise the Court if it will retain new counsel.  Failure to notify the Court as to its new representation may subject it to dispositive sanctions, including a recommendation for dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiff Colucchi-Coulthard Family Trust to the civil docket and send a copy of this Order to Plaintiff Colucchi-Coulthard Family Trust's last known address:

Colucchi-Coulthard Family Trust

2397 Green Mountain Court

Las Vegas, NV 89135

DATED: August 21, 2020

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE